Tyonna ware. T838970
**Name and Prisoner/Booking Number**

Estrella Detention Jail
**Place of Confinement**

3250 W. Lower Buckeye Road
**Mailing Address**

Phoenix, AZ 85009
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
                     ☒ FILED      ___ LODGED
                     ___ RECEIVED ___ COPY

                         JUL 1 7 2023

                   CLERK U S DISTRICT COURT
                     DISTRICT OF ARIZONA
                 BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Tyonna Janae Annalise ware.
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) Paul Penzone
(Full Name of Defendant)

(2)_____

(3)_____

(4)_____

        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01391-PHX-DLR--ESW**

        (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   - ☐ Other:_____

2.   Institution/city where violation occurred: Estrella Detention
3. Facility. Phoenix, Arizona 85009

Revised 12/1/20                1                **550/555**

**B.  DEFENDANTS**

1.  Name of first Defendant: _Paul Penzone_. The first Defendant is employed
as: _Maricopa County Sheriff_ at _Estrella Detention Jail_
(Position and Title) (Institution)

2.  Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at_____
(Position and Title) (Institution)

3.  Name of third Defendant:_____ The third Defendant is employed
as:_____ at_____
(Position and Title) (Institution)

4.  Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at_____
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C.  PREVIOUS LAWSUITS**

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.  Parties:_____ v. _____
      2.  Court and case number:_____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.  Second prior lawsuit:
      1.  Parties:_____ v. _____
      2.  Court and case number:_____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.  Third prior lawsuit:
      1.  Parties:_____ v. _____
      2.  Court and case number:_____
      3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *Eighth Amendment Health and Safety Negligence*

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Due to being housed in a very Dangerously condemned building that has been condemed for many many years (for example since "2016" with black mold growing on the air vents, the sick where we have to drink and to Put Pregnant young women causing Pregnant pains and women in cereberal to get sick/Risk Death. The fines are paid so the facility to keep the black mold that is Rapidly growing on the baseboards, the walls, the air vents they continuesly try to Paint over in this building with the Rats as huge as a kitten they pay thousand of Dollars in order to keep all of this under the rug. All of the Pipes that are exposed with abestos to deprive the constitunal Rights of us inmates. The Health Department orders inmates in the kitchen the rat Poop swept of the conveyer belts where the "Slop" is made.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   mental lost, got sick from breathing in the air from the black molded air vent, emotional, and Stress.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                      ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Count I?              ☐ Yes   ☒ No

   c. Did you appeal your request for relief on Count I to the highest level?     ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Did Not submit any relief Because all of the Staff simply ignore our grievances when the black mold in the condemend building. The Staff and Detition officers Never acknowledge that the black mold is even a huge Problem.

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____

    _____

2.  **Count II.** Identify the issue involved.  **Check only one.**  State additional issues in separate counts.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
    2.  Did you submit a request for administrative relief on Count II?      ☐ Yes    ☐ No
    3.  Did you appeal your request for relief on Count II to the highest level?      ☐ Yes    ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

    _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities        ☐ Mail           ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings ☐ Property       ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☐ Yes    ☐ No
    2. Did you submit a request for administrative relief on Count III?              ☐ Yes    ☐ No
    3. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes    ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

The Relief that I am seeking for Injuries done to Plantiff while being at Estrella Detention Jail and violation of Plantiffs 8th amendment along with the Negligence of the Plantiffs health rights. Relief $73.000 (Seventy Three thousand Dollars)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 8, 2023
DATE

Tyanna Jamaellare
SIGNATURE OF PLAINTIFF

Reserve all Rights/waive Want exempt

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **July 12, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____


_____    **B5955**
Legal Support Specialist Signature    S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

09/09/20