# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tyonna Janal Annalise Ware,<br><br>    Plaintiff,<br><br>v.<br><br>Paul Penzone,<br><br>    Defendant. | **NO. CV-23-01391-PHX-DLR (ESW)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 6, 2023, Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

October 20, 2023

Debra D. Lucas
District Court Executive/Clerk of Court

By  s/ W. Poth
Deputy Clerk